# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| IN RE: | UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND |
|---|---|
| GEORGE B VEAZEY | |
| Debtor(s) | **CASE NO. BKY 04-35581 GFK** |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to TV5 Satellimages SA in the amount of $130.75, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| TV5 Satellimages SA | 12 | $130.75 |
| David Handelman ESQ | | |
| 1801 Century Park E 16th Floor | | |
| Los Angeles, CA 90067-2302 | | |

ACCOUNT NUMBER:
Dish International,Inc.

**Jasmine Z. Keller, Trustee**

Dated: April 12, 2010

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee